

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York   11201*

April 20, 2012

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: United States v. Harold Mauricio
           Poveda-Ortega, et al.
           Criminal Docket No. 09 CR 633

Dear Judge Glasser:

       The government and counsel to the defendant, Ruben Oliva, Esq., respectfully submit this letter to request an adjournment of the status conference proceeding in the above-referenced case, which is currently scheduled for April 23, 2012, until June 5, 2012.  The parties are continuing plea negotiations and need additional time to reach a resolution of the case.

       The government, with the consent of the defendant through Mr. Oliva, also respectfully requests that the Court exclude the time period of the adjournment pursuant to T. 18, U.S.C. § 3161(7)(A), as the interests of justice in focusing efforts on plea negotiations without the risk that the parties would not, despite their diligence, have reasonable time for effective preparation for trial outweigh the public and the defendant's interest in a speedy trial.

                                     Very truly yours,

                                       LORETTA E. LYNCH
                                       UNITED STATES ATTORNEY

                   BY:     /s/
                                       Gina M. Parlovecchio
                                       Patricia E. Notopoulos
                                       Assistant U.S. Attorneys
                                       (718) 254-6228/6354

cc: Clerk of Court (ILG)
    Ruben Oliva, Esq.