

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:BDM
F. #2009R01580/ OCDETF #NYNYE616

271 Cadman Plaza East
Brooklyn, New York 11201

November 10, 2014

By ECF and Courtesy Copy by Inter-Office Mail

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Harold Mauricio Poveda-Ortega
     Criminal Docket No. 09-0633 (Glasser, J.)

Dear Judge Glasser:

  Enclosed please find a proposed Order of Forfeiture in the above-captioned case, the terms of which defendant Harold Mauricio Poveda-Ortega has agreed to in connection with his guilty plea accepted before Your Honor on September 18, 2013. Accordingly, the government respectfully requests that the Court "so order" the enclosed proposed order.

  Thank you for Your Honor's consideration of this request.

          Respectfully submitted,

          LORETTA E. LYNCH
          United States Attorney
          Eastern District of New York

      By: /s/ Brian D. Morris
        Brian D. Morris
        Assistant U.S. Attorney
        (718) 254-6512

Encl.
cc: Counsel of Record (by ECF)